FILED

SEP 26 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jevarien
Zymell
Dunlap
vs.
Express
Employment
Professionals

Plaintiff,

Defendant(s).

CV25-8220

CASE NO. _____

EMPLOYMENT DISCRIMINATION
COMPLAINT

AGT

1.    Plaintiff resides at:

Address 200 Harrison St

City, State & Zip Code Oakland CA 94607

Phone 510 868 7204

2.    Defendant is located at:

Address 2970 Hilltop Mall Rd

City, State & Zip Code San Pablo CA 94806

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a.  ✓ Failure to employ me.

b.  __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                        - 1 -

c. __ Failure to promote me.

d. ✓ Other acts as specified below.

I had an Interview at 8am Aug 20th which changed to 11am but I arranged to change it back to 8am. So the day of my interview I filled out paperwork only the basic test of skill. I sat in the office from 8am to almost 10:30 am while watching someone come in after me with no interview leave before me with a job.

5. Defendant's conduct is discriminatory with respect to the following:

a. ✓ My race or color.

b. __ My religion.

c. ✓ My sex.

d. ✓ My national origin.

e. __ Other as specified below.

_____

6. The basic facts surrounding my claim of discrimination are:

Negligence, Discrimination. I was subjected to sit in the establishment for hours while whoever was supposed to interview me and conduct employment proceeds despite being the first and only person sitting in there.

_____

_____

_____

_____

7. The alleged discrimination occurred on or about 08/20/2025.

(DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                          - 2 -

discriminatory conduct on or about _08/21/2025_ .

(DATE)

9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about _08/21/2025_ .

(DATE)

10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes _____    No _✓_

11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: _09/26/2025_    _____

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION    _Jevarien Z. Dunlap_

IS NOT REQUIRED.)    PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)    - 3 -



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

## Civil Rights Department

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
www.calcivilrights.ca.gov | contact.center@dfeh.ca.gov

| | |
|---|---|
| EEOC Number: | 555-2025-02378 |
| Case Name: | Mr. Jevarien Z. Dunlap v. Express employment profesionals |
| Filing Date: | 8/21/2025 |

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Civil Rights Department (CRD) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint. Please contact EEOC directly for any discussion of this complaint or the investigation.

### NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your Right to Sue notice. **This Right to Sue Notice allows you to file a private lawsuit in State court**. According to Government Code section 12965, subdivision (c), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (c), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (e)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, CRD does not retain case records beyond three years after a complaint is filed.

CRD-200-02 (09/2022)